**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

April Page and James Matthew Page, Defendants,

Of whom April Page is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-000256

---

Appeal From Spartanburg County
M. Todd Thigpen, Family Court Judge

---

Unpublished Opinion No. 2020-UP-309
Submitted November 6, 2020 – Filed November 10, 2020

---

**AFFIRMED**

---

John Brandt Rucker and Allyson Sue Rucker, of The Rucker Law Firm, LLC, of Greenville, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC, of Mauldin, for Respondent.

Wendy Nicole Griffith, of Spartanburg, as the Guardian ad Litem.

———————

**PER CURIAM:** April Page appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Page's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and GEATHERS, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.